```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-4-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONIQUE MICHELLE MUNNINGS BAH,  :  19-cv-3510 (PAE) (RWL)

                Plaintiff,  :

    - against -  :  ORDER

Commissioner of Social Security,  :

                Defendant.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendant filed the electronic case record on August 21, 2019. (Dkt. 13.) Neither party, however, filed a dispositive motion conforming with the applicable scheduling order. (Dkt. 5, 9.) On January 31, the Court issued an order directing Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Dkt. 14.) That same day, Defendant submitted a joint letter in response to the Court's order. (Dkt. 15.)

The parties' joint letter says that the parties discussed potential resolution but did not reach agreement. The letter also refers to the fact that the record is 3,500 pages and that the parties required additional time to review the record and determine the defensibility of this case.

That response is wholly inadequate. The parties failed to adhere to this Court's scheduling orders for this proceeding and its individual rules and practices regarding requests for extension of time. If the parties had wanted an extension of time, they were obligated to apply for one months ago. The parties have not shown good cause as to why so much time has passed, even with a lengthy record. And, if the parties' failure to comply with deadlines was neglect of oversight, they have the obligation to so explain to

1

the Court. Further, the parties have not even now requested additional time but presume that they will proceed with motion practice. And, they have not even proposed a briefing schedule.

The Court will not excuse such shortcomings in the future.

Accordingly, the Court sets the following schedule for the parties' motion(s):

March 2, 2020:  Defendant's moving brief
May 2, 2020:    Plaintiff's opposition / cross motion
May 23, 2020:   Defendant's reply

There shall be no further extensions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2020
New York, New York

Copies transmitted this date to all counsel of record