```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
MONIQUE MICHELLE MUNNIGS BAH,                                       :
                                                                    :
                         Plaintiff,                                 :
                                                                    :          19-cv-3510 (LJL)
           -v-                                                      :
                                                                    :             ORDER
COMMISSIONER OF SOCIAL SECURITY,                                    :
                                                                    :
                         Defendant.                                 :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020

LEWIS J. LIMAN, United States District Judge:

On September 14, 2020, Magistrate Judge Lehrburger issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings.  Dkt. No. 29.  Magistrate Judge Lehrburger advised the parties that they had fourteen days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen days.  *Id.*  The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error.  Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

entirety and GRANTS Plaintiff's motion for judgment on the pleadings.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 2, 2020
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge