**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MONIQUE MICHELLE MUNNIGS
BAH,

                Plaintiff,                19 **CIVIL** 3510 (LJL)

    -against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated October 2, 2020, the Court has reviewed the record and the Report and Recommendation for clear error and found none. The Report and Recommendation is ADOPTED in its entirety and Plaintiff's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          October 2, 2020

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
                **BY:**    K. Mango
                                    _____
                                    **Deputy Clerk**