USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONIQUE MICHELLE MUNNINGS BAH,

                  19-CV-3510 (LJL) (RWL)

                Plaintiff,

        - against -                 **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff has filed a motion for attorneys' fees. (Dkt. 32.) Defendant shall file a response, if any, by January 29, 2021.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2020
       New York, New York

Copies transmitted this date to all counsel of record.